IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HENRY BATISTE PEREZ, et al.,

    Plaintiffs,

    v.                                CIVIL NO. 98-1267 (RLA)

HON. GERARDO ANTONIO CRUZ,
et al.,

    Defendants.

### ORDER SCHEDULING STATUS CONFERENCE

Plaintiffs' Motion Requesting Scheduling of Status Conference, filed on June 20, 2001 (docket No. **66**) is hereby **GRANTED**.

Accordingly, a STATUS CONFERENCE is hereby set for **August 22, 2001 at 10:00 a.m.**[1]

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of July, 2001.

                              RAYMOND L. ACOSTA
                        United States District Judge

---

[1] Counsel are advised that the undersigned's chambers are currently located at: U.S. Courthouse & Post Office Bldg., 3rd Floor, Suite 348, 300 Recinto Sur Street, Old San Juan, P.R. 00901 (tel. No. (787) 977-6070).