IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HENRY BATISTE PEREZ, et al.,

    Plaintiffs,

    v.                                     CIVIL NO. 98-1267 (RLA)

HON. GERARDO ANTONIO CRUZ,
et al.,

    Defendants.

**MINUTES OF STATUS CONFERENCE
HELD ON AUGUST 22, 2001
AND SCHEDULING SETTLEMENT CONFERENCE**

At the STATUS CONFERENCE held on August 22, 2001 from 10:15 a.m. to 11:30 a.m. plaintiffs were represented by RAUL BARRERA MORALES, ESQ.[1] MARIA JUDITH SURILLO, ESQ. appeared on behalf of all defendants in their personal capacity and LUIS R. LUGO EMANUELLI, ESQ. appeared on behalf of codefendant the MUNICIPALITY OF CEIBA.

Settlement discussions were held. MR. BARRERA MORALES will advise defendants **no later than August 29, 2001** whether or not his clients accept the sums discussed in the Conference. If so, settlement will still have to be approved by the Municipal Assembly. Copy of certain settlement provisions required by the defendants,

---

[1] The Motion for Professional Representation filed by counsel on August 20, 2001 substituting GUILLERMO MACARI, ESQ. (docket No. 68).

AO 72
(Rev 8/82)

CIVIL NO. 98-1267 (RLA)                                        Page 2

including a confidentiality clause, will be made available to MR. BARRERA MORALES for discussion with his clients.

A FURTHER SETTLEMENT CONFERENCE is set for **September 28, 2001 at 2:00 p.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28 day of August, 2001.

                                                 RAYMOND L. ACOSTA
                                            United States District Judge

AO 72
(Rev 8/82)