UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HENRY BATISTE PEREZ

V.                       CIVIL NO. 98-1267 (RLA)

HON. GERARDO ANTONIO CRUZ

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 1/20/01  **Docket # 71**  [X] Plffs.  **Title:** MOTION REQUESTING TO CHANGE THE STATUS OF A MOTION ALREADY FILED TO THAT OF A MOTION UNDER SEAL | GRANTED.  Accordingly, the Informative Motion filed by plaintiffs on September 5, 2001 (docket No. **70**) is hereby ORDERED **SEALED**. |

September 20, 2001
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:      EOD:

By:   # 72

5